U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JAN - 9 2015

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **LAKEISHA BETHLEY** | **CIVIL ACTION NO: 13-2939** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **CHRISTUS HEALTH CENTRAL LOUISIANA** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons assigned in the foregoing Memorandum Ruling, **IT IS ORDERED** that the Motion for Summary Judgment [Doc. #12] filed on behalf of Defendant be and is hereby **GRANTED** and that Plaintiff's claims be and are hereby **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 9 day of January, 2015.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE